UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:18-cr-00256-JMS-MJD |
| ) | |
| SUSANA SALAZAR-AMAYA (03), ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Report and Recommendation dkt [115] recommending that Susana Salazar-Amaya's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt [115]. The Court finds that Ms. Salazar-Amaya committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [96]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Ms. Salazar-Amaya is sentenced to the custody of the Attorney General or his designee for a period of three (3) months to be served consecutively to the sentence imposed by the Eastern District of Missouri under cause number 4:20-cr-00155-RWS-2 and with no supervised release to follow. The Court recommends placement at FCI Durbin.

Date: 8/8/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal